**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: February 16, 2024

Mr. Richard W. Nagel
U.S. District Court
for the Southern District of Ohio
100 E. Fifth Street
103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

   Re: Case No. 23-3396, *Sourushe Zandvakili v. UC, et al*
     Originating Case No. : 1:20-cv-00902

Dear Mr. Nagel,

 Enclosed is a copy of the mandate filed in this case.

             Sincerely yours,

             s/Mackenzie A. Collett
              For Monica Page

cc: Mr. Michael Jason Hendershot
  Ms. Katherine Daughtrey Neff
  Mr. Samuel Clifford Peterson

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 23-3396

_____

Filed: February 16, 2024

SOURUSHE ZANDVAKILI

    Plaintiff - Appellant

v.

UNIVERSITY OF CINCINNATI; DAVID SZYMANSKI, In his official and individual capacities; NICOLAS WILLIAMS, In his official and individual capacities; MARIANNE LEWIS, In her official and individual capacities

    Defendants - Appellees

## MANDATE

  Pursuant to the court's disposition that was filed 01/25/2024 the mandate for this case hereby issues today.

 COSTS:  None